IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.: 3:01-506-JFA |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| RONALD PAYNE | ) | |
| | ) | |
| _____ | ) | |

This matter is before the court on defendant's motion to reconsider this court's earlier order denying a reduction in his sentence pursuant to Amendment 750. The defendant argues although he did commit disciplinary violations in the past, that he has received punishment from the BOP by virtue of this court's denial of his first § 3582 motion. He contends that his prior post-sentencing conduct should be offset by his post-sentencing rehabilitative efforts.

The United States Attorney is respectfully requested to file a memorandum setting forth the government's position as to the defendant's motion within thirty (30) days from the date of this order. The defendant is also requested to provide the court with an updated report from the Bureau of Prisons as to the defendant's disciplinary record.

IT IS SO ORDERED.

March 26, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge