IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.: 3:01-506-JFA |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RONALD PAYNE | ) | |
| | ) | |

_____

     This matter is before the court upon the defendant's *pro se* motion for credit for time served while he was released on bond pending his federal sentence. For the reasons which follow, the motion (ECF No. 484) is denied.

     Before a prisoner can seek relief in this court regarding a challenge to the execution of his sentence, he must exhaust his administrative remedies. The Federal Bureau of Prisons (BOP) has established an Administrative Remedy Program, 28 C.F.R. § 542.10, et seq., through which an inmate may seek formal review of issues or complaints relating to confinement.

     As the defendant has not provided any proof that he has exhausted his remedies with the BOP, this court is without jurisdiction to review his motion. If, after he has exhausted his remedies and still seeks relief, the defendant may petition this court under 28 U.S.C. § 2241.

     Accordingly, the defendant's motion for credit for time served (ECF No. 484) is denied. The court expresses no opinion on the merits of the defendant's request.

     IT IS SO ORDERED.

*Joseph F. Anderson Jr.*

January 25, 2013
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge